**August DAHL, Plaintiff-Appellee, v. DES-LAURIERS COLUMN MOULD COM-PANY, Defendant-Appellant.**
No. 108.

Circuit Court of Appeals, Second Circuit.
Dec. 19, 1932.

Kellogg & Chance, of New York City (Alvin C. Cass, of New York City, of counsel; Chas. Snow Kellogg and Jacques W. Bacal, both of New York City, on the brief), for appellant.

Edward McCrossin, of New York City (Paul Koch, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**Michael J. DERBY, Libelant-Appellee, v. Steam Tug WASHBURN, Cornell Steamboat Company, Claimant-Respondent-Appellee, and Steam Lighter LILLIAN, Atlantic Lighterage Corporation, Claimant-Appellant.**
No. 124.

Circuit Court of Appeals, Second Circuit.
Dec. 19, 1932.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for Cornell S. Co.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Thos. J. Howard.

Foley & Martin, of New York City, for libelant Derby and others.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decrees affirmed.

**Grace Georgette DICKINSON, Appellee, v. UNITED STATES of America, Appellant.**
No. 202.

Circuit Court of Appeals, Second Circuit.
Feb. 6, 1933.

George Z. Medalie, U. S. Atty., of New York City (Frank Chambers, Asst. U. S. Atty., and Albert T. Clark, of Washington D. C., Atty. Bureau of Internal Revenue, of New York City, of counsel), for the United States.

Ralph T. Keyser, of New York City (Richard S. Holmes, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**Carrie R. DUNNAGAN and J. B. Davis, Appellants, v. UNITED STATES of America, Appellee.**
No. 6762.

Circuit Court of Appeals, Fifth Circuit.
Feb. 1, 1933.

J. Forrest McCutcheon, of Fort Worth, Tex., for appellants.

John D. Hartman, U. S. Atty., of San Antonio, Tex.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.